|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

SHERIE ABEL,

          Plaintiffs,

    v.

OCEANIC ARCATA, LP, et al.,

          Defendants.

Case No. 17-cv-03734-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 30, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement on 11/26/18.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: September 20, 2019.

DESIGNATION OF EXPERTS: June 7, 2019; REBUTTAL: July 1, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: September 20, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; October 4, 2019;
    Opp. Due: October 18, 2019; Reply Due: October 25, 2019;
    and set for hearing no later than November 8, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: January 14, 2020 at 3:30 PM.

JURY TRIAL DATE: January 27, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 4 to 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
At the next case management conference, counsel shall be prepared to discuss which ADR process that they will be participating in.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 9/17/18

SUSAN ILLSTON
United States District Judge