UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIE ABEL,<br><br>    Plaintiff,<br><br>    v.<br><br>OCEANIC ARCATA, LP, et al.,<br><br>    Defendants. | Case No. 17-cv-03734-SI<br><br>**ORDER RE PREVIOUS DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 66 |

During the November 8, 2019 hearing on defendant Oceanic Arcata's motion for summary judgment, it was brought to the Court's attention that its October 7, 2019 order on the parties' discovery dispute (Dkt. No. 66) may have a typographical error. The October 7, 2019 order does in fact have a typo on page 2 line 20. The sentence on page 2 line 20 that currently reads "Plaintiff shall supplement her responses to SROGS 1-11…" should have read "Plaintiff shall supplement her responses to ***SROGS 13-20***…"

Plaintiff shall supplement her responses to SROGS 13-20 on or before November 22, 2019.

**IT IS SO ORDERED**.

Dated: November 8, 2019

_____
SUSAN ILLSTON
United States District Judge