UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIE ABEL,<br><br>    Plaintiff,<br><br>    v.<br><br>OCEANIC ARCATA, LP, et al.,<br><br>    Defendants. | Case No. 17-cv-03734-SI<br><br>**ORDER MODIFYING ORDER 108 EXTENDING DEADLINE FOR PARTIES TO FINALIZE SETTLEMENT**<br><br>Re: Dkt. No. 109 |

On February 11, 2020, the parties notified the Court they had reached a settlement agreement. Dkt. No. 107. On February 11, 2020 the Court issued an order dismissing the matter but stating that if "within 90 days … [the] settlement has not in fact occurred, the foregoing order shall be vacated…" Dkt. No. 108. On May 11, 2020, plaintiff filed an Affidavit explaining that due to complication from Covid-19, the parties had not yet completed performance of the settlement agreement and requested a 60 day continuance of the Court's prior order. Dkt. No. 109.

Therefore, for good cause shown, the Court hereby modifies its previous order such that the matter is DISMISSED with prejudice and if any party hereto certifies to this Court, with proof of service of a copy thereon opposing counsel, within 60 days from the date hereof, that settlement has not in fact occurred, this order shall be vacated and the matter will be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: May 11, 2020

_____
SUSAN ILLSTON
United States District Judge